FILED _____ ENTERED
_____ LODGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND          MAY 2 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ANGELA MCNALLEY                      *

    Plaintiff                 *

v.                                   *          CIVIL ACTION NO.: L-000-756

NATIONAL RAILROAD                    *
PASSENGER CORPORATION, et al.
                                     *

    Defendants

*    *    *    *    *    *    *    *    *    *    *    *


## NOTICE TO STRIKE APPEARANCE

Dear Clerk:

    Please strike the appearance of Patrick M. Wysong as counsel for the Plaintiff in this

matter.  P. Matthew Darby will continue as counsel for the Plaintiff.

                 Respectfully submitted,

                 ALBERTINI, SINGLETON,
                 GENDLER & DARBY, L.L.P.

                 Patrick M. Wysong
                 3201 North Charles Street, Suite 1A
                 Baltimore, Maryland 21218
                 (410) 243-9400
                 Attorney for the Plaintiff

30 TH DAY OF May 2000

(12)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $\underline{\hspace{0.5cm} 24M \hspace{0.5cm}}$ day of $\underline{\hspace{0.5cm} MA \hspace{0.5cm}}$, 2000, a copy of the foregoing Notice to Strike Appearance was mailed first class, postage prepaid to:

David B. Goldstein
210 N. Charles Street, Suite 800
Baltimore, Maryland 21201

Carl Kaiser
CSX Transportation, Inc.
4714 Hollins Ferry Road
Baltimore, Maryland 21227

Patrick M. Wysong