IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELA MCNALLEY | * | JUL 14 2000 |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-000-756 |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PARTIAL STIPULATION OF DISMISSAL

DEAR CLERK:

Please denote the above-captioned matter as dismissed with prejudice as to the Defendant, **CSX Transportation, Inc.**. The Defendants, **Mass Transit Administration and National Railroad Passenger Corporation**, remain parties to this matter.

Respectfully submitted,                    Respectfully submitted,


_____                  _____
David B. Goldstein                         P. Matthew Darby
210 N. Charles Street, Suite 800           3201 N. Charles Street, Suite 1A
Baltimore, Maryland 21201                  Baltimore, Maryland 21218
(410) 649-4747                             (410) 243-9400
Attorney for the Defendants                Attorney for the Plaintiff


APPROVED THIS 14 DAY OF July, 2000

_____
BENSON E. LEGG, U.S.D.J.

MICROFILMED

JUL 17 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  13th  day of  July , 2000, a copy of the foregoing Partial Stipulation of Dismissal was mailed first class, postage prepaid to:

Carl Kaiser
CSX Transportation, Inc.
4714 Hollins Ferry Road
Baltimore, Maryland 21227

_____
P. Matthew Darby