**ALBERTINI, SINGLETON, GENDLER & DARBY**
L.L.P.
3201 N. CHARLES STREET
SUITE 1A, ENTRANCE ON 32ND STREET
BALTIMORE, MARYLAND 21218

(410) 243-9400
(800) 248-FELA
FAX: (410) 243-9599

GUY M. ALBERTINI (MD & TN)
JOHN M. SINGLETON (MD)
CRAIG M. GENDLER (MD)
P. MATTHEW DARBY (MD & PA)
ANN M. BOYLE (PA, NJ & FL)
ANDREW M. HERMANN (MD & PA)

PARTNERS ADMITTED IN FLORIDA
ANN M. BOYLE (PA, NJ & FL)

OF COUNSEL
LEONARD J. MOCKETA (MD & PA)
THERESA A. ROSENDALE (MD, DC & NJ)
ALAN B. RABINEAU (MD & DC)
VERNON H. WIESAND (MD)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 11  P 3:53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

August 9, 2000

The Honorable Benson E. Legg
United States District Court
for District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   Angela McNalley v.
           National Railroad Passenger Corporation, et al
           Civil Action No.: L-000-756
           Our File No.: 9194

Dear Judge Legg:

    I represent the Plaintiff in the above captioned matter. According to the scheduling order from the Court, the discovery deadline is this matter is August 14, 2000. Plaintiff's counsel hereby requests an 60 day extension of the discovery deadline until October 14, 2000. At this time, discovery has been exchanged by the parties, but due to extremely active trial calenders for both plaintiff and defense counsel, it has been difficult to complete discovery including taking the deposition of the plaintiff who is hearing impaired and requires a translator.

    Defense counsel has no objection to this extension of time. Accordingly, counsel in this matter jointly request that the discovery deadline be extended until October 14, 2000.

    Thank you for your kind consideration to this request.

Very truly yours,

P. Matthew Darby

cc: David Goldstein, Esquire

Request Approved this 10th day of August, 2000

Benson Everett Legg, USDJ

TEN EAST EAGER STREET
BALTIMORE, MD 21202-2592

3905 NATIONAL DRIVE
SUITE 300
BURTONSVILLE, MD 20866

INTERN'L BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 24 BUILDING
2701 W. PATAPSCO AVENUE
BALTIMORE, MD 21230

600 GRANT STREET
SUITE 660 - USX TOWER
PITTSBURGH, PA 15219

2730 U.S. 1 SOUTH
SUITE J
ST. AUGUSTINE, FL 32086