UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 6, 2000

MEMORANDUM TO COUNSEL RE:   Angela McNalley v.
National Railroad Passenger Corp., et al.
Civil #L-00-756

Dear Counsel:

Pursuant to this Court's marginal Order dated August 10, 2000, a status report was due on October 14, 2000. To date, the parties have not complied with this Order. Counsel shall submit the report on or before November 16, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File