# ALBERTINI, SINGLETON, GENDLER & DARBY
L.L.P.

3201 N. CHARLES STREET
SUITE 1A, ENTRANCE ON 32ND STREET
BALTIMORE, MARYLAND 21218

(410) 243-9400
(800) 248-FELA
FAX: (410) 243-9599

GUY M. ALBERTINI (MD & TN)
JOHN M. SINGLETON (MD)
CRAIG M. GENDLER (MD)
P. MATTHEW DARBY (MD & PA)
ANN M. BOYLE (PA, NJ & FL)
ANDREW M. HERMANN (MD & PA)

THERESA A. ROSENDALE (MD, DC & NJ)
STUART A. SCHADT (MD)

OF COUNSEL
ALLAN B. RABINEAU (MD & DC)
VERNON H. WIESAND (MD)

DIRECTOR OF PUBLIC AFFAIRS
BRYAN S. COSTER

PARTNERS ADMITTED IN FLORIDA
ANN M. BOYLE (PA, NJ & FL)

November 13, 2000

The Honorable Benson E. Legg
United States District Court
for District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: Angela McNalley v.
National Railroad Passenger Corporation, et al
Civil Action No.: L-000-756
Our File No.: 9194

Dear Judge Legg:

Pursuant to your order dated November 6, 2000, Counsel for all parties files this status report. At this time, Plaintiff is involved in substantive settlement discussions with the Defendant in an attempt to settle this matter before additional costs and expenses are incurred. It should be known within the next two weeks whether this matter will be settled.

Accordingly, counsel in this matter jointly request that the discovery deadline be extended until December 14, 2000.

Thank you for your kind consideration to this request.

Very truly yours,

P. Matthew Darby, Esq., Counsel for Plaintiff

David Goldstein, Esq., Counsel for Defendant

APPROVED THIS 14TH DAY OF November, 2000

BENSON EVERETT LEGG, U.S.D.J.

FLORIDA     MARYLAND     NEW JERSEY     PENNSYLVANIA     WASHINGTON, D.C.