UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 30, 2001

MEMORANDUM TO COUNSEL RE:   Angela McNalley v.
National Railroad Passenger Corp., et al.
Civil #L-00-756

Dear Counsel:

In reviewing the Court file, I note that counsel was to have submitted a status report by November 27, 2000 regarding settlement. To date, nothing has been filed with the Court. Accordingly, a status report is due on or before February 7, 2001.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file