IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELA McNALLEY | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil No.: L-00-756 |
| | * | |
| NATIONAL RAILROAD | | |
| PASSENGER CORP., et al. | * | |
| Defendants | | |

\*\*\*\*\*\*

## SETTLEMENT ORDER
## (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: February 6 7th, 2001

Benson Everett Legg
United States District Judge

U.S. District Court (Rev. 12/1999)

## ALBERTINI, SINGLETON, GENDLER & DARBY
### L.L.P.
3201 N. CHARLES STREET
SUITE 1A, ENTRANCE ON 32ND STREET
BALTIMORE, MARYLAND 21218

(410) 243-9400
(800) 248-FELA
FAX: (410) 243-9599

GUY M. ALBERTINI (MD & TN)
JOHN M. SINGLETON (MD)
CRAIG M. GENDLER (MD)
P. MATTHEW DARBY (MD & PA)
ANN M. BOYLE (PA, NJ & FL)
ANDREW M. HERMANN (MD & PA)

LEONARD T. HACKETT (MD & PA)
THERESA A. ROSENDALE (MD, DC & NJ)
STUART A. SCHADT (MD)

OF COUNSEL
ALLAN B. RABINEAU (MD & DC)
VERNON H. WIESAND (MD)

PARTNERS ADMITTED IN FLORIDA
ANN M. BOYLE (PA, NJ & FL)

DIRECTOR OF PUBLIC AFFAIRS
BRYAN S. COSTER

February 2, 2001

The Honorable Benson E. Legg
United States District Court
for District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Angela McNalley v.
            National Railroad Passenger Corporation, et al
            Civil Action No.:   L-000-756
            <u>Our File No.: 9194</u>

Dear Judge Legg:

    Pursuant to your order dated January 30, 2001, please be advised that above captioned case has been settled.

    Thank you for your kind attention to this matter.

                      Very truly yours,

                      P. Matthew Darby, Esq.,
                      Counsel for Plaintiff

cc: David Goldstein, Esq.

TEN EAST EAGER STREET
BALTIMORE, MD 21202-2592

3905 NATIONAL DRIVE
SUITE 300
BURTONSVILLE, MD 20866

INTERN'L BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 24 BUILDING
2701 W. PATAPSCO AVENUE
BALTIMORE, MD 21230

600 GRANT STREET
SUITE 660 - USX TOWER
PITTSBURGH, PA 15219

2730 U.S. 1 SOUTH
SUITE J
ST. AUGUSTINE, FL 32086